**Order entered November 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00194-CR

**EDWARD LAMAR PORTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00712-T**

## ORDER

Before the Court is appellant's November 7, 2019 pro se "Motion to Vacate Judgment."

Because appellant is represented by appointed counsel, we **DENY** his motion. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992) (no right to hybrid representation).


/s/      ROBERT D. BURNS, III
         CHIEF JUSTICE